REA CONSTRUCTION CO. v. CITY OF CHARLOTTE

No. 24P96

Case below: 121 N.C.App. 369

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996.

RUSS v. GREAT AMERICAN INS. COMPANIES

No. 47P96

Case below: 342 N.C. 896

121 N.C.App. 185

Motion by plaintiffs for reconsideration of order denying petition for discretionary review dismissed 9 May 1996.

SHARP v. MILLER

No. 124P96

Case below: 121 N.C.App. 606

Petition by plaintiff (Pro Se) for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996.

STATE v. CRENSHAW

No. 165P96

Case below: 121 N.C.App. 788

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996

STATE v. CUEVAS

No. 128P96

Case below: 121 N.C.App. 553

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996